Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile  (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>              Plaintiff,<br><br>     vs.<br><br>HINDS INVESTMENTS, L.P., et al.,<br><br>              Defendants. | No.  1:13-cv-00665-AWI-BAM<br><br>**STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT; ORDER** |

**IT IS HEREBY STIPULATED** by and between Plaintiff, Ronald Moore ("Plaintiff"), and Defendant, Hinds Investments, L.P., a California Limited Partnership ("Defendant," and together with Plaintiff, the "Parties"), the parties who have appeared in this action, through their respective attorneys of record, that Plaintiff may file a First Amended Complaint, a copy of which is attached hereto as Exhibit "A." This amendment will not modify any date or deadline fixed by the Court's Scheduling Order dated October 2, 2013 (ECF No. 19) pursuant to Fed. R. Civ. P. 16(b)(4).

**IT IS FURTHER STIPULATED** that Plaintiff will file his First Amended Complaint within five (5) calendar days of the Court's Order permitting such filing, and that Defendant's response thereto shall be filed within fourteen (14) days after the First Amended Complaint is

filed.

**IT IS SO STIPULATED**.

Dated:  December 6, 2013          MOORE LAW FIRM, P.C.


                                  */s/ Tanya E. Moore*
                                  Tanya E. Moore
                                  Attorneys for Plaintiff,
                                  Ronald Moore

Dated:  December 16, 2013         SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


                                  */s/ Michael J. Chilleen*
                                  Michael J. Chilleen
                                  Attorneys for Defendant,
                                  Hinds Investments, L.P., a California Limited Partnership

### ORDER

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff shall file his First Amended Complaint, a copy of which was filed with the Parties' stipulation, within five (5) calendar days of the date this Order is filed.

**IT IS FURTHER ORDERED** that Defendant's response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

IT IS SO ORDERED.

   Dated:  **December 17, 2013**          /s/ Barbara A. McAuliffe
                                          UNITED STATES MAGISTRATE JUDGE