Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile  (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>    Plaintiff,<br><br>  vs.<br><br>HINDS INVESTMENTS, L.P., a California Limited Partnership, et al.,<br><br>    Defendants. | No.  1:13-cv-00665-AWI-BAM<br><br>**STIPULATION TO CONTINUE SETTLEMENT CONFERENCE; ORDER**<br><br>Current Date:     January 28, 2014<br>Date Requested:  March 17, 2014 |

**WHEREAS**, a default was entered against defendant C & Z, Inc. ("C & Z") on July 18, 2013 (Dkt. 12);

**WHEREAS**, plaintiff, Ronald Moore ("Plaintiff"), filed a First Amended Complaint on December 20, 2013 ("FAC") which identified additional claims against defendants, C & Z and Hinds Investments, L.P. ("Hinds");

**WHEREAS**, through inadvertence, Plaintiff did not serve C & Z with the FAC until January 17, 2014 (Dkt. 28), and C & Z's responsive pleading is therefore not due until February 5, 2014;

STIPULATION TO CONTINUE SETTLEMENT CONFERENCE; ORDER

Page 1

1      **WHEREAS**, a settlement conference has been set in this matter for January 28, 2014,
2  which date is prior to the date by which C & Z must appear;

3      **WHEREAS**, the only other defendant in the action is Hinds, which has appeared and
4  has filed an answer to Plaintiff's FAC (Dkt. 27);

5       **WHEREAS**, Plaintiff and Hinds have been informally exploring settlement, and wish
6  to continue to explore such settlement;

7      **WHEREAS**, Plaintiff and Hinds agree that a complete settlement of this matter would
8  be hindered and/or prohibited without the involvement of C & Z;

9      **NOW, THEREFORE**, Plaintiff and Hinds, the only parties who have appeared in this
10  action, by and through their respective counsel of record, hereby stipulate that the settlement
11  conference currently set for January 28, 2014 be continued to March 17, 2014.

13  **IT IS SO STIPULATED**.

15  Dated: January 22, 2014                                MOORE LAW FIRM, P.C.

17                                                        */s/ Tanya E. Moore*
                                                          Tanya E. Moore
18                                                        Attorneys for Plaintiff
                                                          Ronald Moore

20                                                        SHEPPARD, MULLIN, RICHTER &
                                                          HAMPTON LLP

22                                                        */s/ Gregory F. Hurley*
23                                                        GREGORY F. HURLEY
                                                          MICHAEL J. CHILLEEN
24                                                        Attorneys for Defendant HINDS
                                                          INVESTMENTS, L.P.

26  ///
27  ///
28  ///

# ORDER

The parties who have appeared in this action having so stipulated, and good cause appearing,

**IT IS HEREBY ORDERED** that the settlement conference currently set for January 28, 2014 is hereby continued to March 17, 2014 at 9:30 a.m., before Magistrate Judge Barbara A. McAuliffe, in Courtroom 8 of the above entitled Court. The deadline to lodge a Confidential Settlement Conference Statement is continued to five court days before the continued settlement conference, as set forth in the Court's October 2, 2013 Scheduling Order (Dkt. 19, ¶ 9).

IT IS SO ORDERED.

Dated: **January 23, 2014**        /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE