1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   GREGORY F. HURLEY, Cal. Bar No. 126791
3  ALANA R. CHIMES, Cal. Bar No. 254730
   650 Town Center Drive, 4th Floor
4  Costa Mesa, California 92626-1993
   Telephone:  714.513.5100
5  Facsimile:   714.513.5130

6  Attorneys for Defendant
   HINDS INVESTMENTS, L.P.
7

8                UNITED STATES DISTRICT COURT

9          EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

| 11 | RONALD MOORE, | Case No. 1:13-cv-00665-AWI-BAM |
|---|---|---|
| 12 | Plaintiff, | **ORDER GRANTING STIPULATION TO WAIVE FINANCIAL FACTORS OF DEFENDANT'S TENTH AND SEVENTEENTH AFFIRMATIVE DEFENSES** |
| 13 | v. | |
| 14 | HINDS INVESTMENTS, L.P. a California Limited Partnership; C & Z, INC., dba TANG DYNASTY, | |
| 15 | | |
| 16 | Defendant. | Judge:  Hon. Anthony W. Ishii |
| 17 | | Complaint Filed: May 7, 2013<br>Trial Date:         March 3, 2015 |

1  Upon consideration of the Stipulation to Waive Financial Resources Factors
2 of Defendant's Tenth and Seventeenth Affirmative Defenses submitted by
3 Defendants HINDS INVESTMENTS L.P. and Plaintiff RONALD MOORE,
4  IT IS HEREBY ORDERED that:
5  Defendant shall not raise or put on any evidence in support of a motion, at a
6 hearing, or at trial to support the "financial resources" or "cost of removal" factors
7 of Defendant's Tenth Affirmative Defense or Defendant's Seventeenth Affirmative
8 defense.

10 IT IS SO ORDERED.

11  Dated:   **June 4, 2014**    /s/ *Barbara A. McAuliffe*
12                               UNITED STATES MAGISTRATE JUDGE