1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email:  tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Ronald Moore

6

7

8                        **UNITED STATES DISTRICT COURT**

9                        **EASTERN DISTRICT OF CALIFORNIA**

10

11 RONALD MOORE,                              )  No.  1:13-cv-00665-AWI-BAM
                                              )
12              Plaintiff,                    )  **STIPULATION FOR DISMISSAL OF**
                                              )  **ACTION;  ORDER**
13       vs.                                  )
                                              )
14 HINDS INVESTMENTS, L.P., a California      )
   Limited Partnership, et al.,               )
15                                            )
                                              )
16              Defendants.                   )
                                              )
17 ─────────────────────────────────────────

18

19

20

21

22

23

24

25

26

27

28

IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendant Hinds Investments, L.P., a California Limited Partnership, the parties who have appeared in this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety, including as to Defendant C & Z, Inc., dba Tang Dynasty, whose default was previously entered (Dkt. 34).

Date: July 9, 2014                                  MOORE LAW FIRM, P.C.

                                                    */s/ Tanya E. Moore*
                                                    Tanya E. Moore
                                                    Attorneys for Plaintiff
                                                    Ronald Moore

Date: July 9, 2014                                  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                                                    */s/ Alana R. Chimes*
                                                    Gregory F. Hurley
                                                    Alana R. Chimes
                                                    Attorneys for Defendant
                                                    Hinds Investments, L.P., a California Limited Partnership

**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety, including as to Defendant C & Z, Inc., dba Tang Dynasty, whose default was previously entered.

IT IS SO ORDERED.

Dated:   July 9, 2014                               _____
                                                    SENIOR DISTRICT JUDGE